AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02309-WBS-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: 08/25/2014<br>FAC filed: 12/12/2014<br>Current Response Date: 12/26/2014<br>New Response Date: 01/05/2015 |

The Court APPROVES the stipulation between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc. concerning CitiMortgage, Inc.'s time to answer the first amended complaint, Dkt. No. 11.

///

///

///

///

{30095413;1}  1  CASE NO. 2:14-CV-02309-WBS-AC

**(PROPOSED) ORDER APPROVING STIPULATION TO EXTEND TIME
TO ANSWER FIRST AMENDED COMPLAINT**

**IT IS HEREBY ORDERED** that Defendant CitiMortgage, Inc.'s time to file and serve its answer to Plaintiffs Randy Blankenchip and Susan Blankenchip's first amended complaint shall be extended ten days (10) days to January 5, 2015.

**IT IS SO ORDERED.**

Dated:  December 29, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**AKERMAN LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
ROBERT R. YAP (SBN 263763)
Email: robert.yap@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
CITIMORTGAGE, INC.

# PROOF OF SERVICE

1  
2       I am employed in the City and County of Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA  90017.
3  
4       On **December 24, 2014**, I served the following documents

**(PROPOSED) ORDER APPROVING STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Attorney | Telephone/Facsimile/Email | Party |
|---|---|---|
| Stephen J. Foondos, Esq.<br>Andre M. Chernay, Esq.<br>UNITED LAW CENTER<br>3013 Douglas Blvd.<br>Suite 200<br>Roseville, CA 95661 | Tel: (916) 367-0630<br>Fax: (916) 265-9000<br><br>Email:<br>achernay@unitedlawcenter.com | Attorneys for Plaintiffs<br>RANDY BLANKENCHIP<br>and<br>SUSAN BLANKENCHIP |

☐   (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☐   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐   (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service.  A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐   (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF ELECTRONIC FILING) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 24, 2014**, at Los Angeles, California.

| Laura Aispuro | *Laura Aispuro* |
|---|---|
| (Type or print name) | (Signature) |