**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02309-WBS-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>(**PROPOSED**) ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: August 25, 2014<br>Trial date: June 7, 2016 |

The Court APPROVES the stipulation for protective order (ECF No. 32) between Defendant CitiMortgage, Inc. ("**Citi**") and Plaintiffs Randy Blankenchip and Susan Blankenchip (collectively, "**Blankenchips**").

///
///
///
///
///
///
///

1    IT IS HEREBY ORDERED that the parties shall comply with the terms of the
2 stipulation for protective order including, but not limited to, as to the designation of
3 Documents, Testimony, and Information as "Confidential," the rights and procedures
4 for challenging any such designation, and the Disclosure of Confidential Materials.

5    **IT IS SO ORDERED.**

6 DATED: September 21, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**