**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY BLANKENCHIP AND SUSAN BLANKENCHIP<br><br>              Plaintiffs,<br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1 through 50, inclusive,<br>              Defendants. | Case No.: 2:14-cv-02309-WSB-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL RELATED DEADLINE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:   August 25, 2014<br>Trial Date:          June 7, 2016 |

The Court APPROVES the stipulation to continue pre-trial conference and trial related deadline between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc.

///

///

///

1

Having reviewed the stipulation to continue pre-trial conference (ECF No. 34), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The pre-trial conference set for March 28, 2016 is continued to Monday, **May 9, 2016**, at 2:00 p.m.

2. The expert discovery cutoff currently set for December 18, 2015 is continued to April 2, 2016.

3. The due date for the disclosure of expert witnesses and reports currently set for October 2, 2015 is continued to February 2, 2016.

4. The due date for rebuttal expert disclosures is continued until March 2, 2016.

**IT IS SO ORDERED.**

Dated: September 30, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE