# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02309-WBS-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>**(~~PROPOSED~~) ORDER APPROVING STIPULATION RE: DISCOVERY**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: August 25, 2014<br>Trial date: June 7, 2016 |

Pursuant to Paragraph IX of the Status (Pretrial Scheduling) Order (ECF No. 16), the Court APPROVES the stipulation by and between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc. to complete certain discovery past the discovery cut-off.

IT IS HEREBY ORDERED that:

1. Plaintiffs Randy Blankenchip and Susan Blankenchip's deposition of Defendant CitiMortgage, Inc.'s person most knowledgeable witness as to foreclosure-related issues shall take place on January 12, 2016.

2. Defendant CitiMortgage, Inc.'s deposition of Plaintiff Randy Blankenchip

shall take place on January 13, 2016.

3. Defendant CitiMortgage, Inc.'s deposition of Plaintiff Susan Blankenchip shall take place on January 13, 2016 and, if necessary, on January 14, 2016.

4. The parties shall have until January 4, 2016 to serve supplemental responses to any written discovery request and request for production of documents previously served by either party in this action.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{37045952;1} 1 CASE NO. 2:14-CV-02309-WBS-AC
**PROOF OF SERVICE**