# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BLANKENCHIP AND SUSAN BLANKENCHIP<br><br>                Plaintiffs,<br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1 through 50, inclusive,<br>                Defendants. | Case No.: 2:14-cv-02309-WSB-AC<br><br>(~~PROPOSED~~) **ORDER APPROVING STIPULATION TO CONTINUE THE DEADLINE FOR INITIAL EXPERT WITNESS DISCLOSURES AND EXPERT WITNESS RELATED DEADLINES**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:   August 25, 2014<br>Trial Date:            June 7, 2016 |

"Pursuant to Paragraph IX of the Status (Pretrial Scheduling) Order (ECF No. 16), the Court APPROVES the stipulation to continue the deadline for initial expert witness disclosures and expert witness related deadlines between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc.

///

///

Having reviewed the stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The due date for the disclosure of expert witnesses and reports currently set for February 2, 2016, is continued to February 19, 2016.

2. The due date for rebuttal expert disclosures currently set for March 2, 2016, is continued until March 19, 2016.

3. The expert discovery cutoff currently set for April 2, 2016, is continued to April 19, 2016.

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

(PROPOSED) ORDER