**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY BLANKENCHIP AND SUSAN BLANKENCHIP<br><br>          Plaintiffs,<br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1 through 50, inclusive,<br>          Defendants. | Case No.: 2:14-cv-02309-WSB-AC<br><br>**(PROPOSED) ORDER APPROVING STIPULATION TO CONTINUE THE DEADLINE FOR INITIAL EXPERT WITNESS DISCLOSURES**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:   August 25, 2014<br>Trial Date:          June 7, 2016 |

The Court APPROVES the stipulation to continue the deadline for initial expert witness disclosures and expert witness related deadlines between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc., *nunc pro tunc.*

///

///

///

Having reviewed the stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The due date for the disclosure of expert witnesses and reports currently set for February 19, 2016 is continued to March 4, 2016.

**IT IS SO ORDERED.**


Dated: February 23, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE