**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02309-WBS-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>**(PROPOSED) ORDER APPROVING STIPULATION RE: FAIR MARKET VALUE OF REAL PROPERTY AT ISSUE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: August 25, 2014<br>Trial date: June 7, 2016 |

The Court APPROVES the stipulation by and between plaintiffs Randy Blankenchip and Susan Blankenchip (collectively, **plaintiffs**) and defendant CitiMortgage, Inc. (**defendant**) concerning the real property commonly referred to as 229 Lawler Ranch Parkway, Suisun City, California 94585 (**subject property**).

IT IS HEREBY ORDERED that:

1. The current fair market value of the subject property is established at $450,000.00 from the date of the full execution of plaintiffs and defendant's stipulation through the end of trial of the above-captioned action.

///

2. For the duration of this action, neither plaintiffs nor defendant shall contest the $450,000.00 valuation of the subject property.

3. Plaintiffs, defendant, their respective counsel, and witnesses called by either party shall be permanently precluded from introducing at trial any evidence, facts, testimony, expert opinion or expert testimony relating to or in connection with the current fair market value of the subject property.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**AKERMAN LLP**
KAREN PALLADINO CICCONE (SBN 143432)
Email: karen.ciccone@akerman.com
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
ROBERT R. YAP (SBN 263763)
Email: robert.yap@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
CITIMORTGAGE, INC.