J

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BLANKENCHIP AND SUSAN BLANKENCHIP<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1 through 50, inclusive,<br>　　　　　Defendants. | Case No.: 2:14-cv-02309-WSB-AC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE THE DEADLINE FOR INITIAL EXPERT WITNESS DISCLOSURES AND EXPERT WITNESS RELATED DEADLINES**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:　August 25, 2014<br>Trial Date:　　　　June 7, 2016 |

　　　The Court APPROVES the stipulation to continue the deadline for initial expert witness disclosures and expert witness related deadlines between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc.

///

///

///

1

Having reviewed the stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The due date for the disclosure of expert witnesses and reports currently set for March 16, 2016 is continued to March 25, 2016;

2. The due date for rebuttal expert disclosures currently set for March 31, 2016 is continued until April 11, 2016;

3. The expert discovery cutoff currently set for May 3, 2016 is continued to May 12, 2016;

4. The Pretrial Conference currently set for May 9, 2016 is continued to July 5, 2016 at 1:30 p.m.

5. The Jury Trial currently set for June 7, 2016 is continued to September 20, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**UNITED LAW CENTER**
ANDRE M. CHERNAY (SBN 214890)
Email: achernay@unitedlawcenter.com
SHAWN S. DHILLON (SBN: 291527)
Email: sdhillon@unitedlawcenter.com
3013 Douglas Blvd., Suite 200
Roseville, California 95661
Telephone: (916) 367-0630

Attorney for Plaintiffs
RANDY and SUSAN BLANKENCHIP

**<u>BLANKENCHIP V. CITIMORTGAGE, INC. et al.</u>**
**United States District Court – Eastern District – Sacramento Division**
**CASE NO.**:  2:14-cv-02309-WSB-AC

## <u>CERTIFICATE OF SERVICE</u>

**I, Kassandra Montgomery, certify and declare as follows:**

I am over the age of 18 years and not a party to this action.

My business address is, 3013 Douglas Blvd., Suite 200, Roseville, California, 95661.

This **(PROPOSED) ORDER APPROVING STIPULATION TO CONTINUE THE DEADLINE FOR INITIAL EXPERT WITNESS DISCLOSURES AND EXPERT WITNESS RELATED DEADLINES** filed through the ECF system was previously sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 16th day of March, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

                                     UNITED LAW CENTER
                                     A Professional Law Corporation

        By:                /S/ Kassandra Montgomery
                         Kassandra Montgomery, Paralegal