UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHI,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>        Defendants. | No. 2:14-cv-02309 WBS-AC<br><br>**ORDER** |

----oo0oo----

The parties have submitted a Stipulation (Docket No. 61) to continue the hearing on defendants' Motion for Summary Judgment (Docket No. 44) sixty days from the currently set date of April 18, 2016. The court cannot allow a dispositive motion to remain docketed for that length of time without a hearing. Accordingly, the court will consider the stipulation as an application under Rule 56(d) of the Federal Rules of Civil Procedure, and for the reasons set forth in the stipulation finds that plaintiffs cannot present facts essential to justify their

1

1  opposition to defendants' motion within the time allotted.  The
2  court therefore denies defendants' motion for partial summary
3  judgment, pursuant to Rule 56(d)(1), without prejudice to
4  defendants' right to renew the motion after discovery has been
5  completed.
6          IT IS SO ORDERED.
7  Dated:  March 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2