1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP<br><br>    Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No.:  2:14-cv-02309-WBS-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>(~~PROPOSED~~) ORDER APPROVING STIPULATION TO CONTINUE REBUTTAL EXPERT WITNESS DISCLOSURES AND EXPERT WITNESS DISCOVERY<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed:  August 25, 2014<br>Trial date:  September 20, 2016 |

The Court APPROVES the stipulation by and between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc. to continue rebuttal expert witness disclosures and expert witness discovery cutoff.

IT IS HEREBY ORDERED that:

1.     The due date for rebuttal expert witness disclosures shall be continued from April 11, 2016 to April 22, 2016.

///

///

///

**(PROPOSED) ORDER APPROVING STIPULATION TO CONTINUE REBUTTAL EXPERT WITNESS DISCLOSURES AND EXPERT WITNESS DISCOVERY**

1          2.      Expert witness discovery cutoff shall be continued from May 12, 2016 to

2    June 3, 2016.

3          **IT IS SO ORDERED.**

4

5    Dated: April 11, 2016

6                                                    ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**(PROPOSED) ORDER APPROVING STIPULATION TO CONTINUE REBUTTAL EXPERT
WITNESS DISCLOSURES AND EXPERT WITNESS DISCOVERY**