# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02309-WBS-AC<br><br>Assigned to Hon. William B. Shubb, Courtroom 5<br><br>**(PROPOSED) ORDER APPROVING STIPULATION TO SUPPLEMENT ORDER GRANTING DEFENDANT CITIMORTGAGE, INC.'S MOTION FOR PROTECTIVE ORDER AS TO NONPARTY'S INCOME STATEMENTS**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: August 25, 2014<br>Trial date: June 7, 2016 |

The Court APPROVES the stipulation by and between plaintiffs Randy Blankenchip and Susan Blankenchip (**plaintiffs**) and defendant CitiMortgage, Inc. (**Citi**) to supplement the Court's December 17, 2015 order, Dkt. No. 39, partially granting Citi's motion for protective order concerning income statements of a nonparty inadvertently produced by its counsel during discovery.

**IT IS HEREBY ORDERED:**

///

1. Plaintiffs and their counsel shall not use the personal information of the nonparty in any way, including but not limited to the nonparty's name, address, employer name and employee identification number.

2. Plaintiffs and their counsel shall not contact or communicate with the nonparty concerning the subject matter of this litigation, the income statements, or the subject matter of Citi's motion for protective order, Dkt. No. 36.

3. The video/audio recording of the July 15, 2015 deposition of Citi's corporate representative, Matthew Sinner, shall be edited as follows:

    a. Plaintiffs shall arrange for the videographer to edit the video **and** audio recordings of Mr. Sinner's July 15, 2015 deposition to block out, delete, redact or similarly remove any and all reference to the nonparty's name, address, employer, employee identification number and any other personal information of the nonparty from every instance it appears in the video/audio recordings, including but not limited to the audio of protected information and video of the nonparty's income statements, which are identified as bates numbers CITI000019, CITI000020, CITI000021, CITI000305, CITI000306, and CITI000307.

    b. Plaintiffs shall destroy and ensure the videographer destroys any unedited audio/video of Mr. Sinner's July 15, 2015 deposition.

4. Plaintiffs and their counsel shall not use the unedited video/audio recording of Mr. Sinner's July 15, 2015 deposition in any way including introducing or presenting the recording, or any portion thereof, at trial.

**IT IS SO ORDERED.**

Dated: April 11, 2016

                                                        _/s/ Allison Claire_
                                                    ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE