1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY BLANKENCHIP and
SUSAN BLANKENCHIP

      Plaintiffs,

vs.

CITIMORTGAGE, INC.; CAL-
WESTERN RECONVEYANCE, LLC; and
Does 1 through 50, inclusive,

      Defendants.

Case No.:  2:14-cv-02309-WBS-AC

Assigned to Hon. William B. Shubb,
Courtroom 5

(~~PROPOSED~~) ORDER APPROVING
AMENDED STIPULATION TO
CONTINUE FINAL PRETRIAL
CONFERENCE AND RELATED
DATES

[Filed concurrently with Amended
Stipulation]

Complaint filed:  August 25, 2014
Trial date:  September 20, 2016

The Court APPROVES the stipulation by and between Plaintiffs Randy Blankenchip and Susan Blankenchip and Defendant CitiMortgage, Inc. to continue the July 5, 2016 final pretrial conference and related dates.

**IT IS HEREBY ORDERED**:

1.    The final pretrial conference presently set for July 5, 2016 is hereby continued to September 26, 2016 at 1:30 p.m.

2.    The hearing on the motion for summary judgment / partial summary judgment that Defendant CitiMortgage, Inc. intends to file after the completion of discovery in this matter shall be set for August 22, 2016 at 1:30 p.m.  The parties shall

1  comply with Local Rules regarding the filing and notice of the motion, and the

2  deadlines for opposition and reply briefs.

3      3.     A mandatory settlement conference date shall be determined and set at the

4  time of the pretrial conference.

5      4.     The Jury Trial, which is presently set for September 20, 2016, is hereby

6  continued to November 15, 2016 at 9:00 a.m.

7      **IT IS SO ORDERED.**

8

9  Dated:  June 24, 2016

10

11  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

12

13

14  Respectfully submitted,

15  **AKERMAN LLP**
    KAREN PALLADINO CICCONE (SBN 143432)

16  Email: karen.ciccone@akerman.com
    JUSTIN D. BALSER (SBN 213478)

17  Email: justin.balser@akerman.com
    ROBERT R. YAP (SBN 263763)

18  Email: robert.yap@akerman.com
    725 South Figueroa Street, 38th Floor

19  Los Angeles, California 90017-5433
    Telephone: (213) 688-9500

20  Facsimile:  (213) 627-6342

21  Attorneys for Defendant
    CITIMORTGAGE, INC.

22

23

24

25

26

27

28

{38575321;1}                                   2                    Case No. 2:14-cv-02309-WBS-AC

**(PROPOSED) ORDER APPROVING AMENDED STIPULATION TO CONTINUE FINAL
PRETRIAL CONFERENCE AND RELATED DATES**

**PROOF OF SERVICE**

I am employed in the City and County of Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA  90017.

On **June 24, 2016**, I served the following documents

**(PROPOSED) ORDER APPROVING AMENDED STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Stephen J. Foondos, Esq.                  ***Attorneys for Plaintiffs***
Henry J. Hymanson, Esq.                   ***RANDY BLANKENCHIP and***
**UNITED LAW CENTER**                       ***SUSAN BLANKENCHIP***
3013 Douglas Blvd., Suite 200
Roseville, California 95661
Tel:    (916) 367-0630
Fax:    (916) 265-9000
Email: hhymanson@unitedlawcenter.com


☒   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 24, 2016**, at Los Angeles, California.

| Robert R. Yap | /s/ Robert R. Yap |
|---|---|
| (Type or print name) | (Signature) |