UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RANDY BLANKENCHIP and SUSAN BLANKENCHIP,<br><br>         Plaintiffs,<br><br>     v.<br><br>CITIMORTGAGE, INC.; CAL-WESTERN RECONVEYANCE, LLC; and DOES 1-50, inclusive,<br><br>         Defendants. | CIV. NO. 2:14-02309 WBS AC<br><br>ORDER RE: REQUEST TO SEAL |

----oo0oo----

Plaintiffs Randy and Susan Blankenchip initiated this suit against defendants CitiMortgage, Inc. ("Citi") and Cal-Western Reconveyance, LLC alleging defendants breached a loan modification agreement and wrongfully foreclosed on their home. Presently before the court is Citi's amended request to seal a number of documents and the deposition transcripts of Citi representatives Matthew Sinner, Jeanne Pezold, and Jeanine Cohoon submitted in support of its motion for summary judgment.  (Am.

1

Req. to Seal (Docket No. 81).)  Plaintiffs stipulate to this request to seal.  (Id.)

On August 16, 2016 this court denied Citi's first request to seal as it was overly broad and the only justification Citi provided for sealing what amounted to nearly all of the declarations and exhibits relevant to its motion for summary judgment was that the evidence partially contained information and material subject to the parties' stipulated protective order. (Aug. 16, 2016 Order (Docket No. 79).)  Though Citi identifies more specific page ranges in its amended request to seal, it again fails to provide a compelling reason for sealing the three depositions of Citi's representatives in their entirety and a number of the documents most relevant to Citi's motion for summary judgment, including Citi's servicing notes on plaintiffs' loan and documents regarding the fees received by Citi for servicing plaintiffs' loan.  Citi again contends that the documents "contain information and material that is confidential, proprietary, and/or subject to Citi's privacy rights and is subject to [the] parties' stipulated protective order."  (Am. Req. to Seal at 3.)  For all the same reasons previously articulated in this court's August 16, 2016 Order, Citi's amended requested to seal is denied.

IT IS THEREFORE ORDERED that Citi's amended request to seal (Docket No. 81) be, and the same hereby is, DENIED with prejudice.

Dated:  August 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2